IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TIMOTHY BRANN ALEXANDER,

    Plaintiff,

v.                                                                            Case No. 21-cv-00688-WJ-SCY

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING
## PROPOSED FINDINGS AND RECOMMENDATION

**THIS MATTER** is before the Court on United States Magistrate Judge Steven C. Yarbrough's August 31, 2022 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 30. Judge Yarbrough recommended the Court deny Motion to Remand, Doc. 20, and affirm the decision below. Judge Yarbrough found that the ALJ did not err at step five when he found Plaintiff's past skilled work involved skills that can transfer to other occupations in the national economy. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. Doc. 30 at 15. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

    **IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition, Doc. 30;

2. Plaintiff's Motion To Remand, Doc. 20, is DENIED; and

3. The Court affirms the decision below and dismisses this action. A final judgment will be entered separately.

**IT IS SO ORDERED**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE